# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEMETRIUS BAILEY,        )
                                    )     Civil Action No. 09 – 900
             Plaintiff,        )
                                    )     District Judge Donetta W. Ambrose
                v.           )     Chief Magistrate Judge Lisa Pupo Lenihan
                                    )
PA CHRIS MEYERS, *et al*.,     )
                                    )
            Defendants.     )

## <u>ORDER</u>

**AND NOW**, this 17th day of April, 2014, after Plaintiff, Demetrius Bailey, filed a "Motion to Return Initial Partial Filing Fee of $23.67 or Transfer Initial Filing Fee to 2:13-cv-78 and Dismiss or Close Civil Action No. 09-900" (ECF No. 14),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED in part, DENIED in part and DEFERRED in part**. The Motion is granted to the extent that Plaintiff's partial payment of filing fee of $23.67 in the above-captioned matter will be transferred to C.A. No. 2:13-cv-78 to satisfy the initial partial filing fee due in that case. The Motion is denied to the extent that it seeks return of $23.67 received as partial payment of the filing fee for the above-captioned matter. The ruling on Plaintiff's request for voluntary dismissal will be deferred to the District Judge.

**IT IS FURTHER ORDERED** that the Clerk of Court transfer the fee of $23.67 received as partial payment of the filing fee for the above-captioned matter to C.A. No. 2:13-cv-78 as partial payment of the filing fee in that case.

1

/s/ Lisa Pupo Lenihan

Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc:  Demetrius Bailey
     CP-7819
     SCI Coal Township
     1 Kelley Drive
     Coal Township, PA  17866
     Via First Class Mail

     Finance Department
     U.S. District Court
     Western District of PA

     Inmate Account Officer
     S.C.I. Coal Township
     1 Kelley Drive
     Coal Township, PA 17866